IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JASON GRAY, # 236474, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:09-cv-828-TMH |
| | ) |
| | ) |
| OFFICER S. HILL, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

The Magistrate Judge entered a Recommendation (Doc. #19) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is

ORDERED that the RECOMMENDATION (Doc. #19) of the Magistrate Judge is ADOPTED. This case is DISMISSED without prejudice due to Plaintiff's abandonment of his claims, his failure to comply with the orders of this Court, and his failure to properly prosecute this cause of action.

A separate judgment shall issue.

Done this 10th day of June, 2010.

/s/ Truman M. Hobbs

UNITED STATES DISTRICT JUDGE